Mark E. Ellis - 127159
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com

Attorneys for
DEFENDANT DIAZ & ASSOCIATES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MARCO RASTELLI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DIAZ AND ASSOCIATES, INC., and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.:  8:22-CV-430-DOC-ADS<br>[CLASS ACTION]<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT DIAZ & ASSOCIATES, INC.; and**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant DIAZ & ASSOCIATES, INC. hereby responds to Plaintiff MARCO RASTELLI's complaint as follows:

1.      As to Paragraph 1, Defendant denies the allegations against it stated therein.

2.      As to Paragraph 2, Defendant need not respond.

3.      As to Paragraph 3, Defendant admits the allegation.

4.      As to Paragraph 4, Defendant does not contest venue at this time.

5.      As to Paragraph 5, Defendant lacks sufficient information to admit or deny these allegations.

6.      As to Paragraph 6, Defendant admits the allegations

7.      As to Paragraph 7, Defendant lacks sufficient information to admit or deny these allegations.

8.      As to Paragraph 8, Defendant denies these allegations.

9.      As to Paragraph 9, Defendant admits the allegations.

10.     As to Paragraph 10, Defendant admits the allegation.

11.     As to Paragraph 11, Defendant admits these allegations.

12.     As to Paragraph 12, Defendant admits these allegations.

13.     As to Paragraph 13, Defendant denies the allegation.

14.     As to Paragraph 14, Defendant denies the allegations.

15.     As to Paragraph 15, Defendant denies the allegations.

16.     As to Paragraph 16, Defendant denies the allegations.

17.     As to Paragraph 17, Defendant denies the allegations.

18.     As to Paragraph 18, Defendant admits the allegations.

19.     As to Paragraph 19, Defendant is not called upon to respond.

20.     As to Paragraph 20, Defendant admits this allegation.

21.     As to Paragraph 21, Defendant denies the allegations.

22.     As to Paragraph 22, Defendant is not called upon to respond.

23.     As to Paragraph 23, Defendant denies this class defendant is appropriate.

24.     As to Paragraph 24, Defendant denies these allegations.

25.     As to Paragraph 25, Defendant denies this allegation.

26.     As to Paragraph 26, Defendant is not called upon to respond.

27.     As to Paragraph 27, Defendant is not called upon to respond.

28.     As to Paragraph 28, Defendant denies this allegation.

29.     As to Paragraph 29, Defendant is not called upon to respond.

30.     As to Paragraph 30, Defendant denies it violated any of the cited sections.

31.     As to Paragraph 31, Defendant denies the allegations.

32.     As to Paragraph 32, Defendant denies the allegation.

33.     As to Paragraph 33, Defendant denies the allegations.

34.     As to Paragraph 34, Defendant admits the allegation.

35.     As to Paragraph 35, Defendant is not called upon to respond.

36.     As to Paragraph 36, Defendant is not called upon to respond.

37.     As to Paragraph 37, Defendant is not called upon to respond.

38.     As to Paragraph 38, Defendant is not called upon to respond.

39.     As to Paragraph 39,  Defendant is not called upon to respond.

40.     As to  Paragraph 40, Defendant is not called upon to respond.

41.     As to Paragraph 41, Defendant denies the allegations.

    a.   Defendant denies.

    b.   Defendant denies.

    c.   Defendant denies.

    d.   Defendant denies.

42.     As to Paragraph 42, Defendant denies the allegation.

43.     As to Paragraph 43, Defendant denies Article III standing exists.

44.     As to Paragraph 44, Defendant admits, denies or otherwise responds as set forth above.

45.     As to Paragraph 45, Defendant admits these allegations.

46.     As to Paragraph 46, Defendant denies the allegations.

47.     As to Paragraph 47, Defendant denies the allegations.

48.     As to Paragraph 48, Defendant admits, denies or otherwise responds as set forth above.

49.     As to Paragraph 49, Defendant admits the allegations.

50.     As to Paragraph 50, Defendant denies the allegations.

51.     As to Paragraph 51, Defendant denies the allegations.

Pursuant to Federal Rule of Civil Procedure 8(c), Defendant sets forth the following matters constituting an avoidance or affirmative defense:

## **FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' Complaint (and the causes of action alleged therein) fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint (and each cause of action therein) is barred in whole or in part, by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

Defendant alleges that it has no civil liability under the FDCPA, 15 U.S.C. § 1692 *et seq.*, because, pursuant to 15 U.S.C. § 1692k(c), any alleged violation was unintentional and resulted despite the maintenance of procedures reasonably adopted to avoid any such violation.

### FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that it has no civil liability, under the Rosenthal FDCPA, California Civil Code § 1788 *et seq.*, because, pursuant to Civil Code § 1788.30(e), as any violation was unintentional and resulted from the maintenance of procedures reasonably adopted to avoid any such violation.

### FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff has not suffered a concrete and particularized injury for alleged violations of the FDCPA so as to confer Article III standing upon them.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are not suitable for class certification because, among other reasons, issues that require separate adjudication predominate over common issues; and, accordingly, the maintenance of a class action would not be superior of otherwise advantageous to the judicial process and litigants.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are not suitable for class certification because, among other reasons, there is no definitely ascertainable class, the members are not clearly identifiable, and the members of the putative classes cannot be located without incurring an exorbitant expenditure of time and money.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are not suitable for class certification because, among other reasons, Plaintiff is not an adequate representative for the putative classes.

### NINTH AFFIRMATIVE DEFENSE

The purported misrepresentations are not material and did not cause injury.

ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT DIAZ & ASSOCIATES, INC.; and DEMAND FOR JURY TRIAL

## **TENTH AFFIRMATIVE DEFENSE**

Defendant hereby gives notice that it intends to rely upon any other affirmative defenses as may become available and apparent during discovery in this action and reserves the right to amend its Answer to assert such defenses.

## **PRAYER**

**WHEREFORE**, Defendant prays for:

1.    That Plaintiffs take nothing from this answering Defendant by this Complaint;

2.    That Defendant be awarded judgment in this action;

3.    For attorneys' fees incurred herein, pursuant to statute;

4.    For costs of suit incurred herein; and

5.    For such other and further relief as the Court deems proper.

Dated: April 15, 2022

ELLIS LAW GROUP LLP


By  _/s/ Mark E. Ellis_
      Mark E. Ellis
      Attorney for
      DEFENDANT DIAZ & ASSOCIATES


## **DEMAND FOR JURY TRIAL**

Defendant DIAZ & ASSOCIATES, INC. hereby demands a jury trial in this matter.

Dated: April 15, 2022

ELLIS LAW GROUP LLP


By  _/s/ Mark E. Ellis_
      Mark E. Ellis
      Attorney for
      DEFENDANT DIAZ & ASSOCIATES

ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANT DIAZ & ASSOCIATES, INC.; and DEMAND FOR JURY TRIAL