**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Ste. 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
MARCO RASTELLI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RASTELLI, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIAZ & ASSOCIATES, INC.<br><br>Defendant(s), | Case No.: 8:22-CV-00430-DOC-ADS<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, MARCO RASTELLI, by and through the undersigned counsel, to inform this Honorable Court that the parties in the above captioned case have reached a settlement on an individual (i.e., not class-wide) basis. The parties have executed settlement documentation and Plaintiff are filing

- 1 -

a stipulation of dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to Fed. R. Civ. P. 41 within the next thirty (30) days.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Dated: June 24, 2022 | **MARTIN & BONTRAGER, APC** |
|  | By: /s/ G. Thomas Martin, III |
|  | G. Thomas Martin, III<br>*Attorney for Plaintiff* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the 24$^h$ day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.